**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JASON PALMER**                                                                 **PLAINTIFF**

**v.**                                                                              **No. 4:26-cv-81-JMV**

**VITAL CARE**                                                                   **DEFENDANT**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On June 11, 2026, the court entered an order requiring the plaintiff to submit a complaint on the standard form and to either pay the filing fee or submit a completed application to proceed *in forma pauperis*, including a certification of his trust account. Doc. [5]. The court cautioned the plaintiff that failure to comply with the order could result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order. Plaintiff instead submitted an application without the necessary certification. Doc. [9]. The deadline for compliance has now passed. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 22nd day of July, 2026.

 /s/ Jane M. Virden
**U.S. Magistrate Judge**